**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
Robert P. Lesko
Karen D. Peck
33 Washington Street
Newark, New Jersey 07102-3017
(973) 624-0800 ph.
(973) 624-0799 fx.
Attorneys for Defendant/Counterclaimant/Third Party Plaintiff,
American General Life Insurance Company

| | |
|---|---|
| WELLS FARGO BANK NORTHWEST, N.A., as Trustee of the HVBFF Life Receivables Eurotrust, | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |
| Plaintiff, | Civil Action No: 3:10-cv-01327 |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF LEGACY BENEFITS CORPORATION WITHOUT PREJUDICE BY ALL OTHER PARTIES** |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | |
| Defendant/Counterclaimants/ Third-Party Plaintiff | |
| vs. | |
| HVBFF Life Receivables Eurotrust, LEGACY BENEFITS CORPORATION, THE VALERIA SCHWARZ IRREVOCABLE LIFE INSURANCE TRUST, YOEL SCHWARZ, individually and as Trustee of the Valeria Schwarz Irrevocable Life Insurance Trust, ERNST SCHWARZ, individually and as Trustee of the Valeria Schwarz Irrevocable Life Insurance Trust, and SIMON WEINSTOCK. | |
| Third Party Defendants | |

Pursuant to Fed. R. Civ. P. 41(a)(1) and 41(c), Legacy Benefits Corporation, having served or filed no answer (or other responsive pleading) or motion for summary judgment in response to any of the claims asserted against it in this action, is hereby

1

voluntarily dismissed, without prejudice, by American General Life Insurance Company and the other parties to this action, by and through their respective counsel, as evidenced by their signatures herein.

| | |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>American General Life Insurance Company | **HERRICK, FEINSTEIN, LLP**<br>Attorneys for Wells Fargo Bank Northwest, N.A. (as Trustee) and HVBFF Life Receivables Eurotrust |
| By:  */s/ Robert P. Lesko*<br>     Robert P. Lesko | By:  */s/ David R. King*<br>     David R. King |
| **MILBER, MAKRIS, PLOUSADIS, & SEIDEN, LLP**<br>Attorneys for Simon Weinstock | **LAW OFFICE OF RONALD J. COHEN**<br>Attorneys for The Valeria Schwarz Irrevocable Life Insurance Trust, Yoel Schwarz (individually and as Trustee) and Ernst Schwarz (individually and as Trustee) |
| By:  */s/ Gabriel Adamo*<br>     Gabriel Adamo | By:  */s/ Thomas C. Landrigan*<br>     Thomas C. Landrigan |

Dated: December 3, 2010